Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**FILED**

# UNITED STATES DISTRICT COURT
for the

District of

Division

APR 1 3 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Case No. 2:23CV0687 DAD AC (PS)
(to be filled in by the Clerk's Office)

**LALA MAHA MAQADDEM**

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**PEOPLE OF THE STATE OF CALIFORNIA (
STATE OF CALIFORNIA AMBER GORDON,
DREW ARESA ; UNITED STATES OF AMERICA;
INDEPENDENT DEFENSE PANEL and DOES 1-10**

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LALA MAHA MAQADDEM |
| Address | Mailing : 1211 Connecticut Avenue, NW # 310, |
| | Washington DC — DC — 20036 |
| | City — State — Zip Code |
| County | Washington DC |
| Telephone Number | 213-224-5590 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | PEOPLE OF THE STATE OF CALIFORNIA (STATE OF CALIFORNIA ; a Government Agency |
| Job or Title (if known) | |
| Address | 707 3rd Street, 1 st |
| | Sacremnto — CA — 95605 |
| | City — State — Zip Code |
| County | SACREMANTO |
| Telephone Number | 800-955-0045 |
| E-Mail Address (if known) | gcingo@dgs.ca.gov |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | AMBER GORDON AND INDEPendent Dependent Pan |
| Job or Title (if known) | ATTORNEY FOR IDP ( Independent Dependent Panel |
| Address | 200 S. Spring Street Los Angeles, CA 90012 |
| | LA — CA — 90012 |
| | City — State — Zip Code |
| County | |
| Telephone Number | 213-896-6437 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

E-Mail Address *(if known)*

☒ Individual capacity   ☐ Official capacity

Defendant No. 3
   Name: UNITED STATES OF AMERICA
   Job or Title *(if known)*: USA, Government Agency
   Address: 950 Pennsylvenia Avenue
   Washingtin DC / DC / 20530
   City / State / Zip Code
   County: WAshingtin DC
   Telephone Number: 202-514-2000
   E-Mail Address *(if known)*

☒ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name: DREW ARESA
   Job or Title *(if known)*: AN ATTORNEY COVERING UP SERIOUS VIOLATIONS
   Address: 180 HOWARD STREET,
   SAN FRANCISCO / CA / 94105
   City / State / Zip Code
   County: SAN FRANCISCO
   Telephone Number: 415-538-2000
   E-Mail Address *(if known)*

☒ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

42.U.S.C &1983 VIOLATIONS - DEPRIVATION OF CIVIL RIGHTS/ JOINT ACTION CONSPIRACY BY OFFICERS OF THE COURT TO VIOLATE CIVIL RIGHTS/ DELIBRATE, AND FORCEFUL CONDUCT FOR FOR AN ATTORNEY ON PLAINTIFF. USA FOR NEGLIGENCE ONLY

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

STATE OF CALIFORNIA (PEOPLE OF THE STATE OF CALIOFORNIA )' OFFICERS OF THE COURT AND MEMBERS OF THE STATE BAR OF CALIFORNIA HAVE COVERED UP MASSIVE MISCONDUCT O INVASION OF PRIVARY OF PLAINTIFF BY FORCEING A TOTAL AND UNAUTHORIZED STRANGER TO POSE BY FORCE AS AN ATTORNEY BY THE NAM,E OF AMBER GORDON WHO NEVER HAD ANY REPRESENTATION SIGNED AGREEMENT BY PLAINTFF AND WAS NEVER AT ANYTIME AUTHORIZED BY PLAINTIFF TO POSE BY FORCE AS HER ATTORNEY IN ANY PROCEEDINGS THAT IS NOT SUPPORTED BY ANY STATE CIVIL CODE PROVISION AND THE LACK OF MONITORING OF MEMEBERS OF THE STATE BAR WHO ARE DIRECLY LINKED TO AN OFFICERS PLACING THEMSELVES ABOVE THE LAW AND COURT RULES AND PROCEDURES SO THEY CAN HAVE AN ATTORNEY BY FORCE THEY MANIPULATE AND CONTROL TO ENGAGE IN THE SAME IDENTICAL CPONDUCT OF PRIOR ATTORNEY RUSSLE HALPERN AND OTHERS WITH THEM FROM AN ONGOING VENDETTA AGAINST PLAINTIFF FOR YEARS

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

IN THE STATE OF CALIFORNIA AND THE COVER UP IN THE SAN FRANCISCO

B. What date and approximate time did the events giving rise to your claim(s) occur?

MARCH 1, 2023

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

DEFENDANT GORDON ENGAGED IN VIOLATING PLAINTIFF'S FUNDAMENDTAL RIUGTHS AND FORCEDULLY POSED AS HER ATTORNEY WEHRE AFTER TWO MINUTES OF POSING FORCEFULLY AS AN ATTORNEY MANAGED TO SENT PLAITIFF'S CASE TO HOWLLYWOOD MENTAL HEALTH COURTHOSUE TO CAUSE THE CASE TO BE PLACED ON HOLD SO SHE CAN HAVE AN IMPORANT MOTION TO TRANSFER PLAINTIFF'S CASE TAKEN OFF CALENDATE THAT WAS SCHEDULED IN ANOTHER COURT ON MARCY 3, 2023. WHILE NOT PREMITTED BY PLAINTIFF TO REPRESENT HER , DEFENDANT GORDON MADE A CALL TO THE CLERK TO COACH THE THAT THE MOTION TO TRANFER NEEDS TO BE TAKEN OFF CLENDAR THAT HAS GREATLY DAMANGED PLAINTIFF WHO IS A SUBJECT OF MASSIVE RETALATION AND SUFFERED FROM FRAUD ON THE COURT AND IS ENTITLED TO BE MOVED TO ANOTHER COURTHOUSE TO HAVE AN IMPARTIAL PROCEEDIGNS IN HER CASE . FUTHERMORE, DEFENDANT STATE OF CALIFORNIA RECEIVED A SERIOUS CLAIM AND COMPLAINT IN SAN FRANCISCO BUT DID NOTHING TO INVESTIGATE NOR REGULATE ITS OFFICERS OF THE COURT IN THIS STATE THAT IS GREATLY DAMARGING TO PLAINTIFF. IN ADDITION DEFENDANT DREW ARESA WHO'S JOB IS TO REGULATE AND PREVENT THIS OUTRAGEOUS CONDUCT DID NOT DO ANYTHIMNG FROM THE STATE BAR OFFICE IN SAN FRACISCO TO PROPERLY INVESTIGATE AND PREVENT THIS KIND OF ABUSE FROM TAKING PLACE WHERE A MEMBER OF THE PUBLIC IS BEING ABUSED IN THIS PERTIFYING WAY BE ALLOWING THAT AN ATTORNEY IS ACTING FORCEFULY TO POSE TO REPRESENT ANYONE WITOUT PLAINTIFF'S CONSENT WHEN THIS DEFENDANT GORDON COULD HAVE DECLINED TO ENGAGE IN THIS CONDUCT SINCE SHE IS NOT A PARTY TO THE CASE NOR WAS EVER AN ATTORNEY IN THE CASE OF PLAINTIFF AND THEREFORE CANNOT RECEIVE ORDERS FROM ANY JUDGE OR ANY GOVERNMENT AGENCY TO REPRESENT ANYONE FORCEFULLY WITHOUT A SINGED REPRESENTATION AGREEMENT OR CONSENT OF PLAINTIFF

**IV. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I HAVE SUSTAINED ENORMOUS DAMAGES BY THE CONDCUT OF DEFENDENTS GORDON AT IDP WHO HAS DEPRIVED ME FROM OBTAINING MY COURT TANSCRIPTS THAT SHE TOOK AGAINST MY CONSENT WHILE CONCLEARING AND HIDINGMYPOWN COURT TRANSCRIPTS FROM ME, WHERE SHE WENT THROUGH MY CONFIDENTIAL INFORMATION AND 5 BOXES OF DOCUMENTS WITHOUT MY CONSENT

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM SEEKING PUNITICE and SPECIAL DAMAGES AGAINST DEFENDENTS GORDON AT IDP, ARESA, PEOPLE OF THE STATE OF CALIOFORNIA AND THAT THEY ARE OORHIBITED FROM ENGAGING IN THIS ONGOING CONDUCT. AS FOR UNITED STATES OF AMERICA FOR ONLY NEGLIGENCE WHERE PLAINTIFF INTENDS TO DISMISS USA ONCE THEY INVESTIGATE THIS ONGOING FIASCO AND VIOLATIONS AT ONE OF ITS STATES THAT IS THE STATE OF CALIFORNIA

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/6/2023

Signature of Plaintiff    /S/ LALA MAHA MAQADDEM
Printed Name of Plaintiff    LALA MAHA MAQADDEM

**B.  For Attorneys**

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                          City            State        Zip Code

Telephone Number
E-mail Address