UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA MAHA MAQADDEM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-00687-DAD-AC PS<br><br><br>ORDER |

　　　The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3).  ECF No. 19 (duplicate filed at ECF No. 19).  The court has reviewed the filing and, upon finding good cause, GRANTS plaintiff's application at ECF No. 18.  The application at ECF No. 19 is VACATED as duplicative.  The clerk of court is hereby ordered to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

　　　IT IS SO ORDERED.

DATED:  September 11, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE